```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 00654
   RICKEY D HARVEST
   DARLENE HARVEST                          CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-8436    SSN XXX-XX-2624

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/25/2006 and was confirmed 03/16/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors a total of       10,376.32.

     The case was dismissed after confirmation 08/21/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
BLUE GREEN VACATION CLUB   SECURED NOT I   NOT FILED          .00            .00
BLUE GREEN VACATION CLUB   UNSECURED       NOT FILED          .00            .00
HOMEQ SERVICING CORP       CURRENT MORTG        .00           .00            .00
LANDO RESORT               SECURED NOT I   NOT FILED          .00            .00
LANDO RESORT               UNSECURED       NOT FILED          .00            .00
NUVELL CREDIT CO LLC       SECURED NOT I        .00           .00            .00
NUVELL CREDIT CO LLC       UNSECURED       18808.43           .00         3138.47
INTERNAL REVENUE SERVICE   PRIORITY             .00           .00            .00
ACL INC                    UNSECURED       NOT FILED          .00            .00
CAPITAL ONE                UNSECURED             .00          .00            .00
CAPITAL ONE                UNSECURED          485.21          .00           70.60
CAPITAL ONE                UNSECURED          521.58          .00           76.11
CITY OF CHICAGO DEPT OF    UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED          515.00          .00           75.14
COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00            .00
DIRECT LOAN SERVICING CE   UNSECURED       NOT FILED          .00            .00
DIRECT LOAN SERVICING CE   UNSECURED       NOT FILED          .00            .00
HEARTLAND MEDICAL GROUP    UNSECURED       NOT FILED          .00            .00
ILLINOIS DEPT OF EMP SEC   UNSECURED       NOT FILED          .00            .00
NEXTEL                     UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED          577.10          .00           84.21
PEOPLES GAS LIGHT & COKE   UNSECURED         1083.33          .00          176.03
QUEST DIAGNOSTICS          UNSECURED       NOT FILED          .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00            .00
VISION SALON EYE CARE      UNSECURED       NOT FILED          .00            .00
INTERNAL REVENUE SERVICE   UNSECURED         1132.13          .00          495.23
HOMEQ SERVICING CORP       SECURED NOT I    6164.89           .00            .00
MELVIN J KAPLAN            DEBTOR ATTY     3,000.00                      3,000.00
TOM VAUGHN                 TRUSTEE                                         430.81
DEBTOR REFUND              REFUND                                           53.40


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 00654 RICKEY D HARVEST & DARLENE HARVEST
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS  | DISBURSEMENTS |
|----------------------|-----------|---------------|
| TRUSTEE              | 7,600.00  |               |
| PRIORITY             |           | .00           |
| SECURED              |           | .00           |
| UNSECURED            |           | 4,115.79      |
| ADMINISTRATIVE       |           | 3,000.00      |
| TRUSTEE COMPENSATION |           | 430.81        |
| DEBTOR REFUND        |           | 53.40         |
| TOTALS               | 7,600.00  | 7,600.00      |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE